STATE of Missouri, Respondent,

v.

Dorothy Lucille STARK, Appellant.

No. WD 42484.

Missouri Court of Appeals,
Western District.

Nov. 20, 1990.

James L. Lyons, Kansas City, for appellant.

William L. Webster, Atty. Gen., John P. Pollard, Asst. Atty. Gen., Jefferson City, for respondent.

Before GAITAN, P.J., and TURNAGE and KENNEDY, JJ.

ORDER

PER CURIAM.

Appeal from conviction and sentence of three years imprisonment for stealing, § 570.030, RSMo 1986.

Judgment affirmed. Rule 30.25(b).

STATE of Missouri, Respondent,

v.

Sharon ROBINSON, Appellant.

No. WD 42824.

Missouri Court of Appeals,
Western District.

Nov. 20, 1990.

Susan L. Hogan, Columbia, for appellant.

William L. Webster, Atty. Gen., Breck K. Burgess, Asst. Atty. Gen., Jefferson City, for respondent.

Before GAITAN, P.J., and TURNAGE and KENNEDY, JJ.

ORDER

PER CURIAM.

Sharon Robinson appeals conviction of acting in concert with others, in violation of Mo.Rev.Stat. § 195.020.1 (1986), to commit the felony of possessing cocaine.

Affirmed. Rule 30.25(b).

Raymond L. GRAHAM,
Movant–Appellant,

v.

STATE of Missouri, Respondent.

No. WD 42985.

Missouri Court of Appeals,
Western District.

Nov. 20, 1990.

Ellen H. Flottman, Columbia, for movant-appellant.

William L. Webster, Atty. Gen., Elizabeth L. Ziegler, Asst. Atty. Gen., Jefferson City, for respondent.

Before LOWENSTEIN, P.J., and SHANGLER and MANFORD, JJ.

ORDER

PER CURIAM:

Appeal from denial of Rule 29.15 motion for post-conviction relief after an evidentiary hearing.

Judgment affirmed. Rule 84.16(b).